UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 3:06 CR 215 (SRU) |
| ROBERT W. BRINKMAN | : | |

**ORDER**

The defendant's surrender date is hereby extended.  The defendant shall surrender on or before **December 22, 2006** at 2:00 p.m.

It is so ordered.

Dated at Bridgeport, Connecticut, this 15th day of December 2006.

       /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge